**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Terrance A. Hill | Social Security number or ITIN  xxx–xx–8349 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Jacklin A. Hill | Social Security number or ITIN  xxx–xx–9146 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–33701–JNP | |

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Terrance A. Hill
aka TERRANCE HILL

Jacklin A. Hill
aka JACKLIN HILL

2/23/18

**By the court:**  Jerrold N. Poslusny Jr.
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318          **Order of Discharge**          page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318     **Order of Discharge**     page 2

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                         Case No. 17-33701-JNP
Terrance A. Hill                                               Chapter 7
Jacklin A. Hill
         Debtors                 CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                  Page 1 of 2                  Date Rcvd: Feb 23, 2018
                              Form ID: 318                 Total Noticed: 43


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 25, 2018.
db/jdb         Terrance A. Hill,    Jacklin A. Hill,    2203 Beacon Hill Dr,    Sicklerville, NJ   08081-1175
517193049      Alexander Hayes,    Schachter Portnoy, LLC,    3490 US Highway 1 Ste 6,
                Princeton, NJ    08540-5920
517193052      CAMDEN COUNTY SCP DC00148212,    101 S 5th St,    Camden, NJ   08103-4001
517193053      CAMDEN COUNTY SCP DC00360613,    101 S 5th St,    Camden, NJ   08103-4001
517193054      CAMDEN COUNTY SCP DC00482017,    101 S 5th St,    Camden, NJ   08103-4001
517193055      CAMDEN COUNTY SCP DC00589817,    101 S 5th St,    Camden, NJ   08103-4001
517193056      Capital Collection Ser,    20 E Taunton Rd # Bilg50,    Berlin, NJ    08009-2603
517193062     +Citibank N.A.,    399 Park Ave,    New York, NY 10022-4699
517193064    ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN   55101-1311
               (address filed with court: Ditech Financial LLC,     332 Minnesota St Ste 610,
                Saint Paul, MN   55101-7707)
517193066      DR DANIEL C SCHWARTZ DDS,    608 Sicklerville Rd # 616,    Williamstown, NJ    08094-1217
517193067      Fin Recovery,    200 E Park Dr Ste 100,    Mount Laurel, NJ   08054-1297
517193068      Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ   08054-1297
517193069     +Hayt, Hayt & Landau, LLC,    2 Industrial Way W,    Eatontown, NJ 07724-2279
517193070      Kennedy Health,    500 Marlboro Ave,    Cherry Hill, NJ   08002-2020
517193073      Laura Gore,   139 Dorado Ave,    Sewell, NJ   08080-1606
517193078      Pressler & Pressler,    7 Entin Rd,    Parsippany, NJ   07054-5020
517193080      Rab Performance Reco,    c/o Selip & Stylianou, LLP,    10 Forest Ave,    Paramus, NJ   07652-5242
517193084      U S Dept of Ed/Gsl/Atl,    PO Box 4222,   Iowa City, IA   52244-4222
517193085      US Dept Ed,    ECMC/Bankruptcy,   PO Box 16408,    Saint Paul, MN    55116-0408
517193087      Verizon,    PO Box 650584,   Dallas, TX   75265-0584

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +EDI: QBTHOMAS.COM Feb 23 2018 22:38:00      Brian Thomas,    Brian Thomas, Esq,
                327 Central Avenue,    Suite 103,    Linwood, NJ 08221-2026
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 23 2018 22:39:06       U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ    07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 23 2018 22:39:06        United States Trustee,
                Office of the United States Trustee,     1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517193051      EDI: TSYS2.COM Feb 23 2018 22:38:00      Barclays Bank Delaware,    100 S West St,
                Wilmington, DE   19801-5015
517193050      EDI: TSYS2.COM Feb 23 2018 22:38:00      Barclays Bank Delaware,    PO Box 8803,
                Wilmington, DE   19899-8803
517193058      EDI: CAPITALONE.COM Feb 23 2018 22:38:00      Capital One,    15000 Capital One Dr,
                Richmond, VA   23238-1119
517193060      EDI: CAPITALONE.COM Feb 23 2018 22:38:00      Capital One Bank, USA, NA,    15000 Capital One Dr,
                Richmond, VA   23238-1119
517193057      EDI: CAPITALONE.COM Feb 23 2018 22:38:00      Capital One,
                Attn: General Correspondence/Bankruptcy,    PO Box 30285,    Salt Lake City, UT   84130-0285
517193059      EDI: CAPITALONE.COM Feb 23 2018 22:38:00      Capital One Bank USA N.A.,    1680 Capital One Dr,
                McLean, VA    22102-3407
517193061      E-mail/Text: bankruptcy@cavps.com Feb 23 2018 22:39:10       Cavalry Portfolio Serv,
                PO Box 27288,    Tempe, AZ   85285-7288
517193063      E-mail/Text: bankruptcy.bnc@ditech.com Feb 23 2018 22:39:04        Ditech,   Attn: Bankruptcy,
                PO Box 6172,    Rapid City, SD   57709-6172
517193065      E-mail/Text: bankruptcy.bnc@ditech.com Feb 23 2018 22:39:04        Ditech Financial LLC,
                345 Saint Peter St,    Saint Paul, MN   55102-1211
517193071      EDI: CBSKOHLS.COM Feb 23 2018 22:38:00      Kohls/Capital One,    Kohls Credit,    PO Box 3043,
                Milwaukee, WI   53201-3043
517193072     +EDI: CBSKOHLS.COM Feb 23 2018 22:38:00      Kohls/capone,    N56 W 17000 Ridgewood Dr,
                Menomonee Falls, WI 53051-7096
517193074      EDI: MID8.COM Feb 23 2018 22:38:00      Midland Funding,    2365 Northside Dr Ste 30,
                San Diego, CA   92108-2709
517193075      EDI: NAVIENTFKASMSERV.COM Feb 23 2018 22:38:00       Navient,   PO Box 9500,
                Wilkes Barre, PA   18773-9500
517193076      EDI: NAVIENTFKASMSERV.COM Feb 23 2018 22:38:00       Navient,   Attn: Bankruptcy,    PO Box 9500,
                Wilkes Barre, PA   18773-9500
517193077      EDI: PRA.COM Feb 23 2018 22:38:00      Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,
                Norfolk, VA   23502-4952
517193268     +EDI: RMSC.COM Feb 23 2018 22:38:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
517193081      EDI: RMSC.COM Feb 23 2018 22:38:00      Synchrony Bank,    777 Long Ridge Rd,
                Stamford, CT   06902-1247
517193083      E-mail/Text: tidewaterlegalbn@twcs.com Feb 23 2018 22:39:03        Tidewater Finance Co,
                6520 Indian River Rd,    Virginia Beach, VA    23464-3439
517193082      E-mail/Text: tidewaterlegalbn@twcs.com Feb 23 2018 22:39:03        Tidewater Credit Servi,
                6520 Indian River Rd,    Virginia Beach, VA    23464-3439
517193086     +EDI: VERIZONEAST.COM Feb 23 2018 22:38:00      Verizon,
                Verizon Wireless Bankruptcy Administrati,     500 Tecnolgy Dr Ste 500,
                Weldon Springs, MO 63304-2225
```

```
District/off: 0312-1          User: admin              Page 2 of 2                Date Rcvd: Feb 23, 2018
                              Form ID: 318             Total Noticed: 43
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
                                                                                              TOTAL: 23
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Brian Thomas,    Brian Thomas, Esq,   327 Central Avenue,    Suite 103,    Linwood, NJ 08221-2026
517193079*   +Pressler and Pressler,   7 Entin Road,    Parsippany, NJ 07054-5020
                                                                                              TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 23, 2018 at the address(es) listed below:
```
              Brian   Thomas     on behalf of Trustee Brian   Thomas brian@brianthomaslaw.com,
               bthomas@ecf.epiqsystems.com
              Brian   Thomas    brian@brianthomaslaw.com,   bthomas@ecf.epiqsystems.com
              Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
              Ronald E. Norman    on behalf of Joint Debtor Jacklin A. Hill ronaldenorman@comcast.net,
               dgordon@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com
              Ronald E. Norman    on behalf of Debtor Terrance A. Hill ronaldenorman@comcast.net,
               dgordon@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```